Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio





# MEMORANDUM OPINION

No. 04-11-00324-CV

**JP MORGAN CHASE BANK, N.A.**,
Appellant

v.

**MORRELL MASONRY SUPPLY, INC.**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-19123
Honorable Victor Hugo Negron Jr., Judge Presiding

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
           Karen Angelini, Justice
           Sandee Bryan Marion, Justice

Delivered and Filed:  July 13, 2011

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, and appellee has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellant.

PER CURIAM